UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

IL SUN JUNG,

                Plaintiff,

-against-

MAYOR OF NEW YORK MICHAEL R.
BLOOMBERG; GOVERNOR OF NEW YORK
DAVID A. PATERSON in their official capacity,

                Defendants.
-----------------------------------------------------------X

# CIVIL JUDGMENT

10-CV-0118 (BMC)

Pursuant to the Court's Memorandum and Order issued on January 19, 2010, dismissing this complaint, it is

**ORDERED, ADJUDGED AND DECREED:** That this complaint is hereby dismissed. The Court certifies pursuant to 28 U.S.C. § 1915(a) that any appeal from the order would not be taken in good faith and therefore *in forma pauperis* is denied for the purpose of any appeal.

/Signed by Judge Brian M. Cogan/
_____
U.S.D.J.

Dated: January 19, 2010
      Brooklyn, New York

3